88 A.3d 968

Nicholas FATIGA, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 25 EM 2014.

Supreme Court of Pennsylvania.

April 1, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of April, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**